UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-8431-AG(PJWx) | Date | January 10, 2014 |
|---|---|---|---|
| Title | LORRAINE D. BROWN, ET AL v AMERICAN AIRLINES, INC., ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD, U.S. District Judge |
|---|---|

| Lisa Bredahl | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   [IN CHAMBERS] ORDER SETTING STATUS CONFERENCE

As the automatic stay has been lifted in this matter, a Status Conference is set for February 3, 2014 at 9:00 a.m.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |